# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **Richard Ewers** § | |
| § | |
| *Plaintiff* § | |
| § | |
| v. § | CIVIL NO.: 1:23-cv-933 |
| § | |
| **Hartford Life and Accident** § | |
| **Insurance Company** § | |
| § | |
| *Defendant* § | |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Richard Ewers, Plaintiff herein, complaining of Hartford Life and Accident Insurance Company, Defendant, and for cause of action would show:

1. Plaintiff was a resident of Georgetown Texas at the time this cause of action accrued. Plaintiff is both a citizen and resident of the state of Texas.

2. Defendant, Hartford Life and Accident Insurance Company, (hereinafter referred to as ("Hartford") is a citizen of the state of Connecticut. It is an insurance company formed under the laws of Connecticut and keeps its principal place of business in Connecticut. Hartford is authorized to conduct business as an insurance company in the State of Texas, and may be served with citation herein

by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140.

3. This court has original jurisdiction of this case under 28 U.S.C. § 1131, as well as 29 U.S.C. § 1132(e)(1).

4. Venue is proper in the Western District of Texas under 29 U.S.C. § 1132(e)(2).

5. Plaintiff brings suit under the civil enforcement provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), specifically including 29 U.S.C. § 1132 (a)(1)(B).

6. Plaintiff was an employee of Oracle America, Inc. in 2013. Through his employment, Plaintiff was insured for disability benefits by a group insurance policy ("the policy") issued by Hartford to Oracle America, Inc. The policy is identified by its policy number, GLT395175. The policy provides benefits as part of an employee welfare benefit plan ("the Plan"). Plaintiff is a participant in or beneficiary of the Plan. Plaintiff seeks to recover benefits due to him under the Plan, to enforce his rights under the terms of the Plan, to clarify his rights to future benefits under the terms of the Plan, and to obtain other appropriate equitable relief.

7. In 2013, Plaintiff became Disabled under the terms of the policy. Plaintiff was determined to be Disabled by the Social Security Administration under its guidelines as of September 30, 2013. Plaintiff properly submitted a claim to

Hartford, identified as Disability claim number 9004322467, which Hartford approved and paid until November 11, 2022, when it denied continuing benefits.

8. Plaintiff properly appealed to Hartford, the designated fiduciary of the Plan. On July 28, 2023, Hartford denied Plainitiff's appeal.

9. Plaintiff has exhausted all administrative remedies available to him under the Plan. All conditions precedent to this cause of action have been met or have occurred.

10. Hartford is an "Insurer" as that term is used in Chapter 1701.003 of the Texas Insurance Code.

11. Hartford used the policy at issue in this case in Texas.

12. The policy at issue in this case was offered, issued, renewed, or delivered on or after February 1, 2011.

13. The policy at issue in this case was changed, modified, amended, or had a rate increase on or after June 1, 2011.

14. The policy at issue in this case does not lawfully delegate discretionary authority to Hartford. Hartford's benefit determinations are therefore subject to *de novo* review.

WHEREFORE, Plaintiff prays that Defendant be cited to appear herein and answer and that on final hearing, he has judgment against Defendant for his damages, plus pre-judgment and post-judgment legal interest, for costs of suit, for reasonable attorney's fees and expenses incurred and that Plaintiff have a clarification of his right to receive future benefits under the policy, to which he may show himself justly entitled under the attending facts and circumstances.

Respectfully submitted,

Bemis, Roach & Reed
4100 Duval Rd.,
Bldg. 1, Ste. 200
Austin, Texas 78759
Phone: (512) 454-4000
Fax: (512) 453-6335
lonnie@brrlaw.com

By:    /s/ Lonnie Roach
      LONNIE ROACH
      Texas State Bar No. 16967600